IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIE WOODY,

    Plaintiff,

v.                                                            Civ. No. 14- 00691 MV/LAM

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

    Plaintiff Marie Woody and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                                                   Respectfully submitted,

                                                   */s/ email approval 1/5/16*
                                                   SCOTT E. BORG
                                                 Barber & Borg, LLC
                                                 P.O. Box 30745
                                                 Albuquerque, NM 87190
                                                 (505) 884-0004 – phone
                                                 (505) 884-0077 – fax
                                                 scott@barberborg.com
                                                 *Attorneys for Plaintiff*

                                                 -and-

                                                 DAMON P. MARTINEZ
                                                 United States Attorney

                                                 */s/ Erin E. Langenwalter*
                                                 ERIN E. LANGENWALTER
                                                 Assistant U.S. Attorney

P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 346-7274
Fax: (505) 346-7205
Erin.Langenwalter@usdoj.gov
*For Defendant*